DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ROGER MARX DESENBERG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1036

————————————————

September 1, 2023

Appeal from the Circuit Court for Sarasota County; Donna M. Padar, Judge, and Lee E. Haworth, Senior Judge.

Andrea Flynn Mogensen of The Law Office of Andrea Flynn Mogensen, P.A., Sarasota, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan S. Tannen, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.